UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No.

APPROXIMATELY $27,348.00 IN UNITED
STATES CURRENCY,

    Defendant.

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

The United States of America, by its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Elizabeth M. Monfils, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### Nature of the Action

1. This is a civil action to forfeit property to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

### The Defendant In Rem

2. The defendant property, approximately $27,348.00 in United States currency, was seized on or about March 28, 2024, from Marquis Lloyd at or near 5XX W. Riverwood Drive, Apt. XXX, Oak Creek, Wisconsin.[1]

3. The defendant property is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

---

[1] Throughout this complaint, certain information has been redacted using the letter "X" as a means of avoiding the revelation of any personal information.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred, at least in part, in this district.

## Basis for Forfeiture

7. The defendant property, approximately $27,348.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

8. Heroin is a Schedule I controlled substance under 21 U.S.C. § 812.

9. Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

10. Fentanyl is a Schedule II controlled substance under 21 U.S.C. § 812.

**Background investigation**

11. On March 16, 2024, West Allis Police Department officers responded to a residence for a suspected fatal drug overdose. At the scene, officers found a total of approximately 0.47 grams of fentanyl, drug paraphernalia, and a cell phone in the room with the deceased (an individual having the initials C.M.).

12. A review of C.M.'s cell phone showed that C.M.'s possible drug supplier used phone number ending in 4848.

13. Video cameras from one of C.M.'s neighbors captured the suspected drug dealer arrive in a vehicle to C.M.'s residence. The video also showed C.M. walk to that vehicle and conduct what appeared to be a drug transaction through the front passenger side window.

14. Based on their investigation, officers determined that the suspected drug dealer was an individual having the initials D.W.

**March 20, 2024, arrest of D.W.**

15. On March 20, 2024, officers used C.M.'s cell phone to arrange via text messages a drug transaction with D.W.

16. When D.W. arrived at the meet location, which was C.M.'s residence, officers arrested D.W.

17. On D.W.'s person and in D.W.'s vehicle were a total of approximately $9,670 in United States currency,[2] approximately 14.82 grams of fentanyl, approximately 3.7 grams of crack cocaine, a digital scale, two flip phones, and three iPhones. One of the iPhones was for phone number ending in 4848 – the number listed in C.M.'s cell phone for the suspected drug supplier.

**March 20, 2024, Mirandized recorded interview of D.W.**

18. On March 20, 2024, an officer conducted a recorded interview of D.W (the "Interview").

19. Prior to conducting the Interview, the officer read D.W. his Constitutional Miranda Rights. D.W. stated that he understood each of his rights and was willing to speak with the officer.

20. During the Interview, D.W. admitted, among other things, the following:

    A. D.W. bought drugs from "YPN Keis."

---

[2] The approximately $9,670 in United States currency is not a portion of the defendant approximately $27,348.00 in United States currency.

B. D.W. sold drugs to C.M. a few days ago, in the evening. D.W. was in the front passenger seat of the vehicle when he conducted that drug transaction with C.M.

C. One day before selling the drugs to C.M., D.W. "re-upped"[3] and bought drugs from YPN Keis, and those were the drugs that D.W. sold to C.M.

D. D.W. sold drugs for YPN Keis for the past five or six months.

E. YPN Keis used phone number XXX-XXX-3347.

21. Based on their prior investigations, officers knew that YPN Keis was Marquis Lloyd.

**March 28, 2024, traffic stop and arrest of Marquis Lloyd**

22. On March 28, 2024, at approximately 2:50 a.m., officers conducted a traffic stop on an Infiniti for excessive window tint and false registration.[4]

23. The driver and sole occupant of the Infiniti was Marquis Lloyd. When speaking with Lloyd, officers saw a powdery substance on his pants leg. In plain view inside the Infiniti were a digital scale with white powdery residue and a white powdery substance on the black center console.[5]

24. Inside the Infiniti were a digital scale, three cell phones,[6] cocaine residue on the center console, a single utility razor blade, and empty unused baggies.

---

[3] When a drug trafficker "re-ups," they are replenishing or restocking their inventory of drugs.

[4] Prior to the traffic stop, the officer's inquiry to the Department of Transportation on the Infiniti's license plate showed that the license plate was not associated with any vehicle. Based on their training and experience, officers know that vehicles with excessively tinted windows and false registration are often used in mobile drug dealing as these types of vehicles hide the identities of the driver and thwart law enforcement efforts during investigations.

[5] Officers ran an NCIC check that showed Marquis Lloyd was on active parole for first-degree recklessly endangering safety, possession of cocaine, and disorderly conduct. One of Lloyd's parole stipulations was the he not be engaged in mobile drug dealing.

[6] One of the cell phones was phone number XXX-XXX-3347, the phone number that D.W. admitted was D.W.'s drug supplier, as referenced in paragraph 20.E.

25. Marquis Lloyd was taken into custody for possession of drug paraphernalia. On Lloyd's person were a large sum of currency in small denominations in his pants pocket.[7]

26. While conveying Marquis Lloyd to the police station, officers suspected that Marquis Lloyd was concealing drugs in his buttocks area. At the police station, Lloyd refused to allow officers to conduct a complete search of his person.

27. After obtaining a body cavity search warrant, Marquis Lloyd was transported to Froedtert Hospital. Medical personnel conducted a body cavity search of Lloyd, with some assistance from Lloyd, and recovered two baggies containing approximately 11.28 grams of crack cocaine and approximately 1.42 grams of fentanyl concealed in Lloyd's buttocks area.

**March 28, 2024, Wisconsin Act 79 search of Marquis Lloyd's residence**

28. On March 28, 2024, officers conducted a Wisconsin Act 79 search of Marquis Lloyd's residence located at 5XX W. Riverwood Drive, Apt. XXX, Oak Creek, Wisconsin (hereinafter, "the residence").

29. Marquis Lloyd lived at the residence with an individual having the initials J.N. and a minor child. No one was present inside the residence during the search.

30. On March 28, 2024, the following items, among other things, were inside the residence:

    A. In the living room was a total of approximately $27,348.00 in United States currency, of which approximately $26,905.00 was located on a table (loose and in a shoe box) and approximately $443 was located in a drawer of a cabinet beneath the television.

    B. In the master bedroom were several jewelry items, including a "YPN PAID 4 EVER" necklace, and a document titled "Department of Corrections Rules of Supervision" for Marquis Lloyd.

    C. In the basement storage unit associated with the residence were a loaded and chambered firearm and a firearm switch (machine gun conversion device).

---

[7] This currency is not a portion of the defendant approximately $27,348.00 in United States currency.

31. A drug detection canine gave a positive alert to the odor of a controlled substance on the approximately $27,348.00 in United States currency.

**Drug-related text messages on Marquis Lloyd's XXX-XXX-3347 cell phone**

32. After obtaining warrants, officers conducted data extractions of Marquis Lloyd's cell phones, including Lloyd's phone having number XXX-XXX-3347 (the "3347 phone").

33. The 3347 phone was one of the phones seized from the Infinity on March 28, 2024, at the time of Lloyd's arrest, and was the phone number of D.W.'s drug supplier, as referenced in paragraph 20.E.

34. For the period of October 12, 2023, through March 28, 2024, information on the 3347 phone showed, among other things, the following:

    A. There were over 100 distinct contacts – names or phone numbers – (hereinafter referred to as "customers") that communicated with Lloyd via text messages seeking to obtain drugs from Lloyd.

    B. Lloyd sold both heroin and cocaine to his customers.

    C. Lloyd met with customers to conduct drug transactions at various locations, including gas stations, fast food establishments, and grocery stores.

    D. Lloyd conducted drug transactions via both text messages and voice calls.

35. Text messages on the 3347 phone on March 14, 2024 – two days before the death of C.M. – include the following messages between phone number ending in 0531 and Marquis Lloyd's 3347 phone:

| To Lloyd: | Bro we're itching like crazy, I don't know what you're using to mix this stuff or what kind of cut you're using but you have to just don't mix the shit with anything bro but we're done getting shit from you bro I'm sorry buddy, that's crazy |
|---|---|
| From Lloyd: | I dont mix it. |
| To Lloyd: | Yeah bro we're itching like crazy and feeling nauseous bro who ever you getting the shit from is cutting it with fentanyl we're good |
| From Lloyd: | It gota b the scale<br>Remind me dont use the scale for yal re cook it |

6

36. Other examples of the drug-related text messages on the 3347 phone include, but are not limited to, the following:

    A. On December 2, 2023, and December 4, 2023, "Trouble" texted with Lloyd, in part, as follows:

December 2, 2023

| To Lloyd: | Bro it's being 13 minutes<br>WyA |
|---|---|
| From Lloyd: | 13collage g station |
| To Lloyd: | No w |
| From Lloyd: | Yea |
| To Lloyd: | Am ony way b there in 5 minutes |
| From Lloyd: | K |
| To Lloyd: | …<br>Bro it's plenty cops<br>Am gone then<br>Call you later |

Based on their training and experience, officers believe that this drug deal may have been aborted due to the presence of police officers.

December 4, 2023

| To Lloyd: | Can you do half of B and half of hard for 20 … |
|---|---|
| From Lloyd: | Wya |
| To Lloyd: | 9 hayes<br>? How long is going to be<br>Bro?<br>Wya<br>It's being 20 |
| From Lloyd: | 3min |

Based on their training and experience, officers know that "B" refers to heroin and "hard" refers to crack cocaine.

    B. On February 8, 2024, "Cisco" texted with Lloyd, in part, as follows:

| To Lloyd: | …Your stuff is fired but my friend have scale then is not a gram bro we want to keep buying whit you make sure you quimi the right amount… |
|---|---|
| From Lloyd: | I wheighed it |

C. On February 12, 2024, "Loca" texted with Lloyd, in part, as follows:

| To Lloyd: | Do u only sell g |
|---|---|
| From Lloyd: | Both |
| To Lloyd: | How much on the g of b |
| From Lloyd: | 30 |

Based on their training and experience, and the investigation to date, officers believe that Lloyd told "Loca" he sells both heroin and cocaine, and a gram of heroin cost $30.

D. On February 17, 2024, "XXX-XXX-1503" texted with Lloyd, in part, as follows:

| To Lloyd: | Come to 24th n orchard for a gram |
|---|---|
| From Lloyd: | Ok |
| To Lloyd: | About how long u gonna be bro bro |
| From Lloyd: | Here |

E. On February 23, 2024, "SP" texted with Lloyd, in part, as follows:

| To Lloyd: | Can u pull up just for 20 of b<br>30th Hampton<br>She want to try it first type s*** |
|---|---|
| From Lloyd: | Ok |
| To Lloyd: | Call when u here<br>Come on Lee Roy it's cold out here |
| From Lloyd: | Lol puln up |

Based on their training and experience, officers believe that "SP" was bringing a new customer to Lloyd to sample the heroin Lloyd was selling.

F. On March 2, 2024, "Casper" texted with Lloyd, in part, as follows:

| To Lloyd: | Bro you gave me a little over a dub |
|---|---|
| From Lloyd: | U gave me a little over a dub |
| To Lloyd: | I feel you on that I forgot that I had cash with me as well and yesterday you gave me a gram for 30 so I at least should have gotten over a half |
| From Lloyd: | They 40 I let u slide yesterday as afavor |
| To Lloyd: | Ok but I still should have got a half then or no |
| From Lloyd: | I got u next time |

8

G. On March 11, 2024, "Erick" texted with Lloyd, in part, as follows:

| To Lloyd: | …thank you for your response times and the running you are doing for me.… You have no idea how others don't want to come near me to drop… |
|---|---|
| From Lloyd: | No problem |
| To Lloyd: | …So I was wondering if I can bother you one more time today and see if you would be down to borrow me a 30 of the G and I will be thru tomorrow morning with 40 dollars in your hand? That 20 just teased me and I am good for it if you can trust me? Plus I know that I am going to be needing you this Friday on payday… |
| From Lloyd: | I don't do credit |

Based on their training and experience, officers know that "G" or "girl" refers to cocaine.

H. On March 13, 2024, "Wedo" texted with Lloyd, in part, as follows:

| To Lloyd: | I need a ball of girl |
|---|---|
| From Lloyd: | 110 |

Based on their training and experience, and the investigation to date, officers believe that Lloyd was charging "Wedo" $110 for 3.5 grams ("ball") of cocaine ("girl").

I. On March 21, 2024, "XXX-XXX-8751" texted with Lloyd, in part, as follows:

| To Lloyd: | You can you pull up on me on 9th Cleveland |
|---|---|
| From Lloyd: | Yea |
| To Lloyd: | 30 of girl<br>How long you thinking about |
| From Lloyd: | 10min |

Based on their training and experience, and the investigation to date, officers believe that "XXX-XXX-8751" purchased $30 of cocaine from Lloyd.

J. Lloyd delivered drugs to some customers on a frequent basis. For example, during February 2024 and March 2024, texts between "8 Oaklahoma" and Lloyd included, in part, the following:

February 9, 2024

| To Lloyd: | I need something |
|---|---|

February 10, 2024

| To Lloyd: | I need a 30 of some B<br>You got anythin, ? |
|---|---|
| From Lloyd: | Yea wya |
| To Lloyd: | Oklahoma<br>9th<br>I'm walking to the gas station on 7th and Oklahoma |
| From Lloyd: | 8min |
| To Lloyd: | Cool you got B. Right? |
| From Lloyd: | Yea |
| To Lloyd: | Bet<br>I'm here at the gas station |
| From Lloyd: | Ok |

February 16, 2024

| To Lloyd: | Need a G of sum B. |
|---|---|
| From Lloyd: | Wya |

February 21, 2024

| To Lloyd: | Need a G a B<br>I'm on 16th n Greenfield<br>How long? |
|---|---|
| From Lloyd: | Cal me |
| To Lloyd: | I'm going across the street to the gas station<br>Wya |
| From Lloyd: | Puln up |

February 26, 2024

| To Lloyd: | Wuzgood |
|---|---|
| From Lloyd: | Wat up |
| To Lloyd: | I'm gonna need something in a bit when I get off of work after 5:30 |

February 29, 2024

| To Lloyd: | I need a G<br>Yo<br>I'm at family dollar |
|---|---|

10

March 5, 2024

| To Lloyd: | I need a G<br>I'm in the house<br>Call me when your outside and I'll come out to you |
|---|---|

March 9, 2024

| To Lloyd: | Here on 8th n Oklahoma |
|---|---|

March 10, 2024

| To Lloyd: | I'm on 7th n Oklahoma |
|---|---|
| From Lloyd: | 2min<br>Here |

March 15, 2024

| To Lloyd: | I'm by the gas station |
|---|---|

March 18, 2024

| To Lloyd: | Are you around? |
|---|---|
| From Lloyd: | Yea |

March 19, 2024

| To Lloyd: | Need a G |
|---|---|
| From Lloyd: | Wya |
| To Lloyd: | Oklahoma 8 |
| From Lloyd: | 20min |

March 21, 2024

| To Lloyd: | You around? |
|---|---|
| From Lloyd: | Yea 15 min |
| To Lloyd: | Bet I'm on 13th and Oklahoma |

March 23, 2024

| To Lloyd: | You around? |
|---|---|
| From Lloyd: | Yea |
| To Lloyd: | On 7th<br>Oklahoma |
| From Lloyd: | 5min |

March 24, 2024

| To Lloyd: | I'm on Oklahoma<br>Need B |
|---|---|
| From Lloyd: | Here |

K. On March 28, 2024, the date Marquis Lloyd was arrested during the traffic stop at approximately 2:50 a.m., customers were texting Lloyd but getting

11

no response. For example, the following are texts are from XXX-XXX-6458[8] to Lloyd on March 28, 2024:

| To Lloyd: | Yo bro<br>Yo<br>I need 1<br>You up<br>?????<br>Yo bro I need one<br>Yo<br>Where I can meet you<br>????? |
|---|---|

Based on their training and experience, and the investigation to date, officers believe that "XXX-XXX-6458" was attempting to purchase drugs from Lloyd on March 28, 2024, but Lloyd was not responding because Lloyd had been arrested.

L. On February 7, 2024, Lloyd sent a group-wide text message that stated, "Grams 25 today."

Based on their training and experience, and the investigation to date, officers believe that Lloyd was "advertising" to a group of his customers that he was selling cocaine and/or heroin for $25 per gram on February 7, 2024.

M. On March 9, 2024, Lloyd sent several group-wide text messages that stated, "Back around 30! Gs fire don't text bak cal."

Based on their training and experience, and the investigation to date, officers believe that Lloyd was "advertising" to groups of his customers that the cocaine and/or heroin he was selling was good quality ("fire") and that grams were priced at $30 per gram. Lloyd also stated that he wanted his customers to call him instead of texting him.

---

[8] Per text messages, this customer had purchased "2 g" from Lloyd several times earlier in March 2024.

12

N.  On March 10, 2024, Lloyd sent several group-wide and individual text messages that stated, "Party?"

Based on their training and experience, and the investigation to date, officers believe that Lloyd was letting his customers know that he had a supply of drugs for sale.

**Marquis Lloyd's State Criminal Drug Case**

37. On April 5, 2024, Marquis Lloyd was charged in Milwaukee County Circuit Court, Case No. 24CF1593, with (1) possession of cocaine with intent to deliver, (2) possession of fentanyl with intent to deliver, (3) felon in possession of a firearm, and (4) sale/possess/use/transport machine guns.

38. On January 23, 2025, Marquis Lloyd pled guilty in Case No. 24CF1593 to possession of cocaine with intent to deliver.

39. On February 20, 2025, Marquis Lloyd was sentenced in Case No. 24CF1593 to three years in prison and three years on extended supervision.

**Administrative Forfeiture Proceedings**

40. The Drug Enforcement Administration ("DEA") began administrative forfeiture proceedings against the approximately $27,348.00 in United States currency on the ground that the seized currency was used or intended to be used in exchange for controlled substances or was proceeds of trafficking in controlled substances.

41. On or about April 30, 2024, Marquis Lloyd filed a claim with the DEA in the administrative forfeiture proceedings to the defendant approximately $27,348.00 in United States currency.

## Warrant for Arrest In Rem

42. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

## Claims for Relief

43. The plaintiff alleges and incorporates by reference the paragraphs above.

44. By the foregoing and other acts, the defendant property, approximately $27,348.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

45. The defendant approximately $27,348.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 28th day of July, 2025.

Respectfully submitted,

RICHARD G. FROHLING
Acting United States Attorney

By: *s/Elizabeth M. Monfils*
ELIZABETH M. MONFILS
Assistant United States Attorney
Wisconsin Bar No. 1061622
Office of the United States Attorney

Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: elizabeth.monfils@usdoj.gov

## Verification

I, Allison R. Miller, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration (DEA) in Milwaukee, Wisconsin, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 36 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with the DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 07/28/2025

*s/Allison Miller*
Allison R. Miller
Task Force Officer
Drug Enforcement Administration